

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Terry Holden, individually and as representative of the Estate of Rosalie M. Holden, deceased, and on behalf of all those entitled to recover from the death of Rosalie M. Holden, deceased,

\* From the 104th District Court of Taylor County, Trial Court No. 27826-B.

Vs. No. 11-23-00160-CV

\* July 17, 2025

Mesa Springs Healthcare Center,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Terry Holden, individually and as representative of the Estate of Rosalie M. Holden, deceased, and on behalf of all those entitled to recover from the death of Rosalie M. Holden, deceased.